IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 20-mj-7123-MAB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Title 18, United States Code, |
| | ) | Section 2252(a)(2). |
| STEVEN P. TIBBETTS | ) | |
| | ) | |
| Defendant. | ) | |

**CRIMINAL COMPLAINT**

I, Federal Bureau of Investigation Special Agent Jacob Frechette, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Count 1**
**(Distribution of Child Pornography)**

On or about December 22, 2019, in Madison County, Illinois, within the Southern District of Illinois,

**STEVEN P. TIBBETTS,**

defendant herein, did knowingly distribute visual depictions containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including, but not limited to, the following: image file "16kJHWhL.jpg", which depicts minors engaged in sexually explicit conduct, that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2)(B) & (b)(1).

I further state that this complaint is based on the following facts:

## AFFIDAVIT

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the FBI's Springfield Division, Fairview Heights Resident Agency, in Fairview Heights, Illinois. I have been employed by the FBI since January 2019. My employment has vested me with the authority to investigate violations of federal law, including Title 18, U.S.C. §§ 2252 and 2252A, all involving the Sexual Exploitation and Other Abuse of Children. During my time at the FBI Academy and while working the violation, I have received training in a variety of investigative and legal matters, including topics of searches, drafting search warrant Affidavits, and Probable Cause. I am presently assigned to the Springfield Violent Crimes Against Children Squad, which focuses on investigating individuals and dismantling organizations responsible for the sexual exploration of children through the manufacture and distribution of child pornography. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423. In connection with such investigations, I have served as case agent, have been the affiant for several search warrants and I have conducted interviews of subjects, victims, and witnesses. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. On or about August 5, 2019, Tumblr provided Cyber Tip Line Report (CR) Number 53174297 to the National Center for Missing and Exploited Children (NCMEC). The CR detailed image files suspected to depict child pornography that a User named

"youarenaughty" with the email address eeguferib@netzero.net had uploaded to their servers. Several of the IP Addresses associated with the Tumblr account returned to Peoria, IL so the complaint was forwarded to the Peoria Police Department (PPD) on or about September 25, 2019.

4. The PPD reviewed the images provided by Tumblr and followed up with a state search warrant for the contents of the account associated with the User Name "youarenaughty". Over 3,600 images and over 120 videos were provided by Tumblr in the return, most of which appear to be images of nude minors engaging in sexually explicit conduct. Many of the images met the federal definition of child pornography with the remainder either being child erotica or pornography in which it was impossible to determine if the subjects were under the age of 18. A description of several of the images found are included below:

a. File "170699857538.jpg", is an image of two white males approximately 12-15 years of age. Both males appear completely nude. One male is performing oral sex on the other male.

b. File "169248573645.gif", is a video of a white male approximately 9-11 years of age, completely nude, exposing his penis while masturbating.

c. File "178404983095_0.mp4" is a video of a white female approximately 10-12 years of age, completely nude, dancing in a bathroom while exposing her genitals

d. File "171039240930_6.png" is an image of a white male approximately 7-10 years of age, completely nude, lasciviously exhibiting his unclothed genitals. This image is one of a series of the same male.

5. The PPD obtained additional records to email addresses and IP addresses related to Tumblr account "youarenaughty" which were associated with Steven P. Tibbetts (Tibbetts),

an individual who was currently living in Godfrey, IL in the Southern District of Illinois. The PPD turned the results of their investigation over to the FBI who continued the investigation.

6. On or about February 27, 2020, while the investigation was ongoing, Twitter, Inc. provided CyberTipline Report (CR) Number 64988484 to the National Center for Missing and Exploited Children (NCMEC). The CR detailed two image files suspected to depict child pornography that had been uploaded to their servers by one of their Users. Twitter identified the User Name as: "birefugee". A description of one of the files, which is the file mentioned in Count 1, is:

a. File "16kJHWhL.jpg" is an image depicting two, nude white males, each approximately 13 years of age, the boys are sitting on a mattress or pad on the floor and one boy is performing oral sex on the other boy.

7. FBI investigators soon found links between the "youarenaughty" Tumblr account and the "birefugee" Twitter account. Agents also identified IP addresses in common between the two accounts and personal email and social media accounts of Steven P. Tibbetts. One of the identified IP addresses was associated with Tibbetts's residence in Godfrey. Another IP address was linked to the residence of a family member of Tibbetts in California during a time when Tibbetts was staying at that residence.

8. On June 18, 2020, a federal search warrant was executed on Tibbetts's' residence in Godfrey, IL. Tibbetts consented to an interview with FBI agents. During the interview, Tibbetts admitted to owning the Tumblr account "youarenaughty" and to uploading the images contained within. He admitted he had been trading images of child pornography since the 1990's through sites such as Tumblr, New Tumbl, and Twitter, and that several of the computers, hard drives, CD's, and other loose electronic media in his home would contain more

images. All of these electronic devices were seized so they could be forensically analyzed. Tibbetts further admitted to having a sexual interest in minor males.

9. An initial review of Tibbetts's primary computer revealed several thousand images and videos. Most of these images and videos appear to meet the federal definition of child pornography. A description of several of the images found are included below:

a. File "Jewish Superboys 9Yo & 12Yo Bestboysuckfuck (Bibcam).avi" is a video of two white males approximately 9 and 12 years of age. The video is over 18 minutes in length. During the video the males expose their genitals and perform various sexual acts on themselves and each other.

b. File "bibcam - 10yo and 12yo Dutch boy bj and jo.avi" is a video of two white males approximately 10 and 12 years of age. The video is over 17 minutes in length. During the video the males expose their genitals and perform various sexual acts on themselves and each other.

c. File "vcam_skype - 14yo and 10yo brothers jerk.avi" is a video of two white males approximately 10 and 14 years of age. The video is over 15 minutes in length. During the video the older male exposes his genitals and the younger male performs various sexual acts on the older male.

10. Based on the foregoing, I submit that there is probable cause to believe that between January 13, 2018 and November 13, 2018, STEVEN P. TIBBETTS committed the offense set forth in Count 1 of this Complaint.

Jacob Frechette, Special Agent
Federal Bureau of Investigation

State of Illinois        )
                         ) SS
County of St. Clair      )

Sworn to before me and subscribed in my presence on the __19th__ day of June, 2020, at East St. Louis, Illinois.

_Mark A. Beatty_
MARK A. BEATTY
United State Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

_Chris Hoell_
CHRISTOPHER R. HOELL
Assistant United States Attorney