IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 3:20-CR-30082-NJR ) |
| STEVEN P. TIBBETTS, | ) **FILED UNDER SEAL** ) |
| Defendant. | ) |

### UNITED STATES OF AMERICA'S
### *EX PARTE* MOTION TO REVOKE BOND

The United States of America, by Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Christopher R. Hoell, Assistant United States Attorney, moves for an order revoking Defendant Steven P. Tibbetts's bond and remanding him to the custody of the United States Marshal pending a detention hearing in this case, and in support thereof states as follows:

1. On June 19, 2020, Tibbetts was charged by way of complaint with one count of Distribution of Child Pornography. (Doc. 1, case no. 20-mj-7123-MAB). On July 8, 2020, Tibbetts appeared before the Court for his initial appearance and arraignment. He pleaded not guilty and was released on a $10,000 unsecured bond. (Doc. 8). Tibbetts was placed on pretrial supervision with a number of conditions of release. (Doc. 9).

2. On July 8, 2020, the federal grand jury in East St. Louis, Illinois, indicted Tibbetts on an identical charge to his complaint. (Doc. 10). On July 20, 2020, the Court arraigned Tibbetts on the indictment and allowed him to remain on bond. (Doc. 15).

3. Defendant's conditions of release included the condition that he shall not commit any offense in violation of federal, state or local law while on release. (Doc. 10). Defendant was

also subject to multiple other conditions including that he cooperate with U.S. Probation's Computer and Internet Monitoring Program. (Doc. 10).

4. As described more fully in the Amended Probation Violation Report[1], Defendant has violated the conditions of his bond by committing multiple new federal offenses of Possession of Child Pornography (18 U.S.C. §2252A) and by possessing electronic devices capable of accessing the Internet. On July 30, 2020, USPO Huddleston arrived at Tibbetts' residence for an unannounced home visit.

5. During a walk-through of the residence, USPO Huddleston observed in plain view in Tibbetts's bedroom a My Passport Pro portable external hard drive, an Apple USB SuperDrive, and a Memorex TravelDrive USB 2.0. A walk-through of the basement revealed a desktop computer tower in plain view. When questioned about the items, Tibbetts advised that except for the desktop computer tower, which had already been inspected by the Federal Bureau of Investigation (FBI), all the devices had only recently been located while he was cleaning his house.

6. On September 18, 2020, a forensic examination of the My Passport Pro portable external hard drive revealed numerous items of adult pornography, child nudity, animated child exploitation, and child exploitation. Specifically, the report noted there were 57 images of child exploitation, 354 images of potential child exploitation, and 72 child exploitation videos.[2]

---

[1] U.S.P.O. Isaac Huddleston provided a copy of this report to the chambers of U.S. Magistrate Judge Gilbert Sison on September 24, 2020.

[2] While the forensic report lists images and videos of "child exploitation", the description of some of those videos and images included in the report meet the federal definition of child pornography. This device is being turned over to the FBI for further analysis.

WHEREFORE, based on the above, the United States of America moves for the issuance of an arrest warrant and for the temporary detention of Tibbetts to permit revocation of Tibbetts' conditional release on bond, pursuant to Title 18, United States Code, Section 3148(b).

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney


*s/Christopher R. Hoell*
CHRISTOPHER R. HOELL
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 628-3730
E-mail:  Christopher.Hoell@usdoj.gov